UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 6/21/16
Case No. 15 CR 146
United States v. Devon Bean
Proceeding: Status

Dep. Clerk: SDeitrich
Ct. Rep: Sheryl
Time Called: 11:38
Time Concl: 11:40

United States by: Melvin Washington
Probation Officer:
Interpreter: ☐ Sworn

Defendant: ~~in person and~~ by Attorney John Campion

---

(Case put over from 6/20 due to trial.)

Court sets case for status on 7/12/16 @ 1:00 & makes speedy trial finding.

Case 2:15-cr-00146-LA   Filed 06/21/16   Page 1 of 1   Document 48